

**ORDERED in the Southern District of Florida on July 22, 2010.**

**Paul G. Hyman, Chief Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:                                         Case No.: 09-23426-BKC-PGH
                                               Chapter 7

Michael D. Murphy,
     Debtor.
_____/

<u>ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION TO
ORDER THE DEBTOR TO DISCLOSE HIS COUNSEL TO THE COURT</u>

**THIS MATTER** came before the Court upon Michael Bakst's ("Trustee") *Motion to Order the Debtor to Disclose His Counsel to the Court* ("Motion"). The Motion alleges that Michael D. Murphy (the "Pro Se Debtor") has had the assistance of counsel in drafting his pleadings.

The Court, having reviewed the Motion, and being otherwise fully advised in the premises, hereby:

**ORDERS AND ADJUDGES** that the Trustee's Motion is **granted in part and denied in part.** The Motion is granted to the extent that if the Pro Se Debtor has had the assistance of counsel in drafting

his pleadings, the Pro Se Debtor shall file a notice with the Court disclosing the name and address of such attorney on or before August 2, 2010. The Motion is denied as to any other relief requested.

# # #

Copies furnished to:

Michael Bakst, Trustee

Marla Neufeld, Esq.

Michael D. Murphy
927 North Golf View Road
Lake Worth, FL 33460